# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ANDREW J. NICHOLS  
2826 GRANITE CT.  
PRAIRIE GROVE, IL  60012

SSN-xxx-xx-9237

Case Number: 07-71662

Case filed on: 7/12/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $2,415.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | RUDDY, MILROY & KING | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | DCSE / MRU | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | DIVISION OF CHILD SUPPORT ENFORCEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BARRICK SWITZER LONG ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | SHEILA NICHOLS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ANDREW J. NICHOLS | 0.00 | 0.00 | 2,415.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2,415.00 | 0.00 |
| 004 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ASSET ACCEPTANCE CORP | 10,583.86 | 4,445.22 | 0.00 | 0.00 |
| 006 | PORTFOLIO RECOVERY ASSOCIATES | 3,400.62 | 1,428.26 | 0.00 | 0.00 |
| 007 | LEXUS FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | LVNV FUNDING LLC | 45,258.74 | 19,008.67 | 0.00 | 0.00 |
| 009 | B-REAL LLC | 23,420.01 | 9,836.40 | 0.00 | 0.00 |
| 011 | TOYOTA MOTOR CREDIT CORPORATION | 3,940.86 | 1,655.16 | 0.00 | 0.00 |
|  | Total Unsecured | 86,604.09 | 36,373.71 | 0.00 | 0.00 |
|  | Grand Total: | 86,604.09 | 36,373.71 | 2,415.00 | 0.00 |

Total Paid Claimant:      $2,415.00  
Trustee Allowance:        $0.00  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 06/25/2008          By  /s/Heather M. Fagan